AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

MICHAEL M.,

    Plaintiff

v.

MARTIN J. O'MALLEY, Commissioner of the Social Security Administration,

    Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 4:23-cv-00071-PK

IT IS ORDERED AND ADJUDGED

that the decision of the Commissioner is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g)

February 20, 2024
_Date_

BY THE COURT:

Paul Kohler
United States Magistrate Judge